JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PHILLIP DANIEL O'DONNELL,** | ) | NO. CV 17-1869-KS |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: March 13, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE