IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, PHILLIP DANIEL O'DONNELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PHILLIP DANIEL O'DONNELL,**<br><br>  **Plaintiff,**<br><br>vs.<br><br>**NANCY A. BERRYHILL, Acting Commissioner of Social Security,**<br><br>  **Defendants.** | ) Case No.: CV 17-1869-KS<br>)<br>) **ORDER**<br>) **AWARDING EAJA  FEES**<br>)<br>)<br>)<br>) KAREN L. STEVENSON<br>) UNITED STATES MAGISTRATE<br>) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND ONE HUNDRED DOLLARS ($6,100.00) for all legal services rendered by Plaintiff's attorney in this

//

//

//

civil action under 28 U.S.C. §2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: April 23, 2018

KAREN L. STEVENSON
U.S. MAGISTRATE JUDGE